Case 7:22-cv-00270   Document 23   Filed on 07/13/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ODILIA ESPINOZA<br>Individually and on behalf of all others<br>Similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>NEW TREND FOODS, LLC d/b/a<br>KUMORI, NEW TREND FOODS<br>MANAGEMENT, LLC,<br><br>　　　Defendants. | §§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 7:22-cv-270 |

## AGREED ORDER OF DISMISSAL

PLAINTIFF **ODILIA ESPINOZA** and DEFENDANTS **NEW TREND FOODS, LLC d/b/a KUMORI** and **NEW TREND FOODS MANAGEMENT, LLC**, by and through their attorneys of record, having informed the Court, by the filing of a Joint Motion to Dismiss [Dkt. No. 22], that the claims against the Defendants have been compromised and settled, and the Plaintiff and Defendants having prayed that all causes as against Defendants **NEW TREND FOODS, LLC d/b/a KUMORI** and **NEW TREND FOODS MANAGEMENT, LLC** be dismissed with prejudice as of the settlement, and all parties agreeing thereto, and it appearing to the Court that at the request of the parties, the dismissal should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's cause be dismissed as to Defendants **NEW TREND FOODS, LLC d/b/a KUMORI** and **NEW TREND FOODS MANAGEMENT, LLC** with prejudice against

all parties to file any same or similar actions, and with all court costs to be taxed against the party incurring same.

It is further ORDERED, ADJUDGED and DECREED that any and all other relief not expressly granted herein is denied. This judgment finally disposes of all parties and claims and is appealable.

SO ORDERED July 13, 2023, at McAllen, Texas.

Randy Crane
United States District Judge